UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| BRYAN T. LITTON )<br>)<br>      Plaintiff )<br>)<br>vs. )<br>)<br>GLA COLLECTION CO., INC., )<br>and )<br>EQUIFAX INFORMATION )<br>SERVICES, LLC )<br>and )<br>TRANS UNION, LLC )<br>and )<br>EXPERIAN INFORMATION )<br>SOLUTIONS, INC. )<br>)<br>      Defendants ) | CASE NO.  3:16-CV-00651-JHM-DW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Bryan T. Litton, by counsel, David W. Hemminger, of the law firm of Hemminger Law Office, PSC and the Defendant, GLA Collection Co., Inc., by counsel, William E. Smith, III, of the law firm of Kightlinger & Gray, LLP, stipulate that matters in controversy in the above-entitled cause of action involving the Plaintiff, Bryan T. Litton, and the Defendant, GLA Collection Co., Inc., including all claims contained in Plaintiff's Complaint as directed against the Defendant, GLA Collection Co., Inc., have been fully compromised and settled.

It is further stipulated that all parties shall bear their own costs.  It is therefore further stipulated and agreed that the Complaint is hereby dismissed by the Plaintiff with prejudice as to the Defendant, GLA Collection Co., Inc.

| | |
|---|---|
| /s/ David W. Hemminger (signed with consent) | /s/ William E. Smith, III |
| David W. Hemminger | William E. Smith, III |
| HEMMINGER LAW OFFICE, PSC | Kightlinger & Gray, LLP |
| 616 S. Fifth St. | Bonterra Building, Suite 200 |
| Louisville, KY  40202 | 3620 Blackiston Boulevard |
| hemmingerlawoffice@gmail.com | New Albany, IN 47150 |
| Counsel for Plaintiff | (812) 949-2300 |
| | wsmith@k-glaw.com |
| | Counsel for Defendant, GLA Collection Co., Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2017, a copy of the foregoing **"Stipulation of Dismissal"** was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

David W. Hemminger
HEMMINGER LAW OFFICE PSC
616 S. Fifth St.
Louisville, KY  40202
hemmingerlawoffice@gmail.com
Counsel for Plaintiff

William R. Brown
Colin C. Poling
Schuckit & Associates, PC
4545 Northwestern Dr.
Zionsville, IN  46077
wbrown@schuckitlaw.com
cpoling@schuckitlaw.com

**Stephen J. Miller**
Jones Day - Cleveland
901 Lakeside Avenue
Cleveland, OH 44114
sjmiller@jonesday.com

            /s/ William E. Smith, III
            William E. Smith, III

**KIGHTLINGER** & GRAY, LLP
Bonterra Bldg., Suite 200
3620 Blackiston Boulevard
New Albany, IN   47150
PHONE:   (812) 949-2300
FAX:   (812) 949-8556
E-MAIL:   wsmith@k-glaw.com

161473\3773981-1